UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:03-cv-217

| | |
|---|---|
| AUTOMAX SALES TRAINING CONSULTING, LLC, | )<br>)<br>)     <u>ORDER</u> |
| Plaintiff, | ) |
| v. | )<br>)<br>) |
| WORLD WIDE CONSULTING SERVICES, INC, | )<br>)<br>) |
| Defendant. | ) |

It is **ORDERED** that the above-captioned matter, case number 3:03cv217, and the matter listed as docket number 3:03cv126, are hereby retroactively consolidated for all purposes as of April 30, 2003, under docket 3:03cv126.

Signed: February 15, 2007

Robert J. Conrad, Jr.
Chief United States District Judge

1